IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GROVER WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-24 |
| | ) Judge Joy Flowers Conti/ |
| DON HAWK, C.C.C. Director, | ) Magistrate Judge Amy Reynolds Hay |
| Gateway/Braddock, | ) |
| JIM BRENHOLTS, Work Release | ) |
| Counselor Gateway/Braddock, | ) |
| DENNIS RHODES, Director, PA | ) |
| D.O.C. Region 3 Contract | ) |
| Facility, WILLIAM MORSE, PA | ) |
| D.O.C. Contract Facility | ) |
| Coordinator, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 15th day of November, 2006, after the plaintiff, Grover Williams, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the amended complaint is dismissed for failure to

prosecute.

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

        /s/ Joy Flowers Conti
        JOY FLOWERS CONTI
        United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Grover Williams
       7533 Bennett Street
       Pittsburgh, PA 15208

       James W. Harvey, Esq.
       Rosslyn Commons
       333 Baldwin Road
       Fifth Floor
       Pittsburgh, PA 15205